1

2

3

4                      IN THE UNITED STATES DISTRICT COURT

5                    FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7   PRIME HEALTHCARE SERVICES-        )
    SHASTA, LLC, a Delaware limited   )    2:11-cv-02644-GEB-CKD
8   liability company doing business  )
    as Shasta Regional Medical        )
9   Center,                           )    RELATED CASE ORDER; AND ORDER
                                      )    REMANDING CASES
10                 Plaintiff,          )
                                      )
11           v.                        )
                                      )
12  BLUE CROSS-BLUE SHIELD OF         )
    ALABAMA, an Alabama corporation;  )
13  and DOES 1 through 100,           )
    Inclusive,                        )
14                                     )
                   Defendant.          )
15  _____   )
                                      )
16  PRIME HEALTHCARE SERVICES-        )
    SHASTA, LLC, a Delaware limited   )    2:11-cv-02665-JAM-CMK
17  liability company doing business  )
    as Shasta Regional Medical        )
    Center,                           )
18                                     )
                   Plaintiff,          )
19                                     )
             v.                        )
20                                     )
    REGENCE BLUE CROSS CLUE SHIELD    )
21  OF OREGON, an Oregon              )
    Corporation, and DOES 1 through   )
22  100, Inclusive,                   )
                                      )
23                 Defendant.          )
    _____   )
24  PRIME HEALTHCARE SERVICES-        )
    SHASTA, LLC, a Delaware limited   )    2:11-cv-02666-MCE-CMK
25  liability company doing business  )
    as Shasta Regional Medical        )
26  Center,                           )
                                      )
27                 Plaintiff,          )
                                      )
28           v.                        )

                                       1

| | | |
|---|---|---|
| 1 | ) | |
| 2 | BCBST, INC., a Tennessee ) | |
| | Corporation; and DOES 1 through ) | |
| 3 | 100, Inclusive, ) | |
| | ) | |
| 4 | Defendant. ) | |
| | _____ ) | |
| 5 | PRIME HEALTHCARE SERVICES- ) | 2:11-cv-02667-JAM-CMK |
| | SHASTA, LLC, a Delaware limited ) | |
| 6 | liability company doing business ) | |
| | as Shasta Regional Medical ) | |
| 7 | Center, ) | |
| | ) | |
| 8 | Plaintiff, ) | |
| | ) | |
| 9 | v. ) | |
| | ) | |
| 10 | HIGHMARK BLUE CROSS CLUE SHIELD ) | |
| | OF PENNSYLVANIA, a Pennsylvania ) | |
| 11 | Corporation; and DOES 1 through ) | |
| | 100, Inclusive, ) | |
| 12 | ) | |
| | Defendant. ) | |
| 13 | _____ ) | |
| | PRIME HEALTHCARE SERVICES- ) | 2:11-cv-02668-MCE-CMK |
| 14 | SHASTA, LLC, a Delaware limited ) | |
| | liability company doing business ) | |
| 15 | as Shasta Regional Medical ) | |
| | Center, ) | |
| 16 | ) | |
| | Plaintiff, ) | |
| 17 | ) | |
| | v. ) | |
| 18 | ) | |
| | PREMERA BLUE CROSS, a Washington ) | |
| 19 | Corporation; and DOES 1 through ) | |
| | 100, Inclusive, ) | |
| 20 | ) | |
| | Defendant. ) | |
| 21 | _____ ) | |
| | PRIME HEALTHCARE SERVICES- ) | 2:11-cv-02669-MCE-CMK |
| 22 | SHASTA, LLC, a Delaware limited ) | |
| | liability company doing business ) | |
| 23 | as Shasta Regional Medical ) | |
| | Center, ) | |
| 24 | ) | |
| | Plaintiff, ) | |
| 25 | ) | |
| | v. ) | |
| 26 | ) | |
| | HEALTH CARE SERVICE CORPORATION, ) | |
| 27 | a Mutual Legal Reserve Company, ) | |
| | doing business as Blue Cross ) | |
| 28 | Blue Shield of Illinois, Blue ) | |
| | Cross Blue Shield of Texas, Blue ) | |

```
 1 │ Cross Blue Shield of New Mexico,    )
   │ Blue Cross Blue Shield of           )
 2 │ Oklahoma; and DOES 1 through        )
   │ 100, Inclusive,                     )
 3 │                                     )
   │              Defendant.             )
 4 │                                     )
   │ _____ )
 5 │                                     )
   │ PRIME HEALTHCARE SERVICES-          )      2:11-cv-02670-JAM-CMK
 6 │ SHASTA, LLC, a Delaware limited     )
   │ liability company doing business    )
 7 │ as Shasta Regional Medical          )
   │ Center,                             )
 8 │                                     )
   │              Plaintiff,             )
 9 │                                     )
   │         v.                          )
10 │                                     )
   │ BCBSM, INC., a Minnesota            )
11 │ Corporation; and DOES 1 through     )
   │ 100, Inclusive,                     )
12 │                                     )
   │              Defendant.             )
13 │ _____ )
   │ PRIME HEALTHCARE SERVICES-          )
14 │ SHASTA, LLC, a Delaware limited     )      2:11-cv-02691-GEB-CMK
   │ liability company doing business    )
15 │ as Shasta Regional Medical          )
   │ Center,                             )
16 │                                     )
   │              Plaintiff,             )
17 │                                     )
   │         v.                          )
18 │                                     )
   │ BLUE CROSS BLUE SHIELD OF NORTH     )
19 │ CAROLINA, a North Carolina          )
   │ Corporation, and DOES 1 through     )
20 │ 100, Inclusive,                     )
   │                                     )
21 │              Defendant.             )
   │ _____ )
22 │
23 │        A "Notice of Related Cases" document has been filed in which
24 │ it is asserted that the above-captioned actions concern "the same or
25 │ substantially related . . . or similar questions of law and fact[.]"
26 │        The above-captioned actions are related within the meaning of
27 │ Local Rule 123. Under the regular practice of this Court, related cases
28 │
```

1    are generally assigned to the judge and magistrate judge to whom the

2    first filed case was assigned.

3            Therefore, actions 2:11-cv-02665-JAM-CMK, 2:11-cv-02666-MCE-

4    CMK, 2:11-cv-02667-JAM-CMK, 2:11-cv-02668-MCE-CMK, 2:11-cv-02669-MCE-

5    CMK, and 2:11-cv-02670-JAM-CMK are reassigned to Judge Garland E.

6    Burrell, Jr., and to Magistrate Judge Carolyn K. Delaney. Further, 2:11-

7    cv-02691-GEB-CMK is reassigned to Magistrate Judge Delaney. Henceforth

8    the caption on any document filed in the reassigned actions shall

9    include the following initials: "GEB-CKD."

10           The Clerk of the Court shall make appropriate adjustment in

11   the assignment of civil cases to compensate for these reassignments.

12           Further, the Court sua sponte considers whether subject matter

13   removal jurisdiction exists. Each case was removed from state court on

14   the basis of diversity removal jurisdiction, which has not been shown to

15   exist.

16           "There is a strong presumption against removal jurisdiction,

17   and the removing party has the burden of establishing that removal is

18   proper." Lindley Contours, LLC v. AABB Fitness Holdings, Inc., 2011 WL

19   398861, at *1 (9th Cir. Feb. 8, 2011) (internal quotation marks

20   omitted). Although the basis of removal of each case is asserted to be

21   diversity jurisdiction, the removant has not sufficiently alleged the

22   citizenship of all owners/members of Plaintiff Prime Healthcare

23   Services-Shasta, LLC. "For purposes of diversity jurisdiction, . . . a

24   limited liability corporation is a citizen of all of the states of which

25   its owners/members are citizens. . . . [;and,] the citizenship of all

26   members of limited liability corporations . . . [must] be alleged." Id.

27           Since the removant has failed to show diversity of citizenship

28   removal jurisdiction, each case is remanded to the California Superior

1 | Court in the County of Shasta, from which it was removed, as required by

2 | 28 U.S.C. § 1447(c) for lack of subject matter jurisdiction under 28

3 | U.S.C. § 1332(a)(1).

4 |        IT IS SO ORDERED.

5 | Dated:  November 22, 2011

6

7 | _____
    GARLAND E. BURRELL, JR.

8 | United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28